## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TINA J. CARSON,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 1:19-01129-KD-MU** |
| | ) | |
| **EEOC HEADQUARTERS,** | ) | |
|     **Defendants.** | ) | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 16, 2020 is **ADOPTED** as the opinion of this Court.

As such, it is **ORDERED** that the Defendant's motion to dismiss (Doc. 5) is **GRANTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the **18th** day of **May 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**